IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAMA JAY GALLON,

     Petitioner,                        No. CIV S-05-1368 DFL DAD P

     vs.

A.K. SCRIBNER, Warden,

     Respondent.                   <u>ORDER</u>

_____/

         Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas corpus attacking his 2001 criminal conviction in the Sacramento County Superior Court. The petition received in this court on July 7, 2005, has been submitted on a state court form and is captioned for filing in the Sacramento County Superior Court.

         It appears that petitioner may have intended to mail his petition to the Sacramento County Superior Court for the purpose of exhausting state court remedies on claims that were not presented to the state courts on direct appeal. If the petition was mailed to this court in error, petitioner may request that the petition be returned to him for mailing to the proper court. If petitioner intends to proceed in federal court at this time, his petition must be submitted on a federal habeas petition form. In order to proceed in this court, petitioner must also pay the required filing fee or submit a properly completed application to proceed in forma pauperis.

1

1   IT IS HEREBY ORDERED that petitioner is granted fifteen days from the date of
2 this order to file either a request for the return of his habeas petition or a request for a federal
3 habeas petition form with an application for leave to proceed in forma pauperis.
4 DATED: July 13, 2005.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
gall1368.stpetform