IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAMA JAY GALLON,

    Petitioner,     No. CIV S-05-1368 DFL DAD P

  vs.

A.K. SCRIBNER, Warden,

    Respondent.     FINDINGS AND RECOMMENDATIONS

_____/

    Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas corpus attacking his 2001 criminal conviction in Sacramento County Superior Court. The pleading filed in this court on July 7, 2005, consists of a state court form captioned for filing in Sacramento County Superior Court. By order filed July 14, 2005, petitioner was granted fifteen days to request the return of his state habeas petition for mailing to the state court or, in the alternative, to request a federal habeas petition form with an application for leave to proceed in forma pauperis.[1] Petitioner has not responded to the court's order.

    Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

---

[1] Due to clerical errors made during service of the order, the Clerk served the order twice on July 14, 2005, and served it a third time on August 1, 2005.

1

1  These findings and recommendations will be submitted to the United States
2  District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within
3  twenty days after being served with these findings and recommendations, petitioner may file
4  written objections with the court.  A document containing objections should be titled "Objections
5  to Magistrate Judge's Findings and Recommendations."  Petitioner is advised that failure to file
6  objections within the specified time may, under certain circumstances, waive the right to appeal
7  the District Judge's order.  See Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).
8  DATED: August 25, 2005.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
gall1368.156