IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAMA JAY GALLON,

    Petitioner,                      No. CIV S-05-1368 DFL DAD P

    vs.

A.K. SCRIBNER, Warden,

    Respondent.                   <u>ORDER</u>

_____/

        On July 14, 2005, petitioner was granted fifteen days to request the return of his state habeas petition or, in the alternative, to request a federal habeas petition form and an in forma pauperis application. Petitioner did not respond to the order in a timely manner. By findings and recommendations filed August 26, 2005, the undersigned has recommended that this action be dismissed without prejudice. Petitioner has filed a notice of change of address and a request for an extension of time to file a federal habeas petition. Petitioner states that he requested the necessary forms but has not received them.

        The court's docket contains no record of any filing by petitioner between July 7, 2005, when he submitted a state habeas petition, and September 14, 2005, when he filed his request for extension of time. In the interests of justice, the undersigned will vacate the findings and recommendations filed on August 26, 2005, and grant petitioner an extension of time to file a

1

federal habeas petition and an application to proceed in forma pauperis.[1]  Petitioner is cautioned that he must keep the court apprised of his current address at all times and must request an extension of time before the time to act has expired.  Failure to comply with court deadlines may result in dismissal of the case.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 26, 2005, are vacated;

2. Petitioner's September 14, 2005 request for extension of time is granted; and

3. Petitioner is granted thirty days from the date of this order in which to file a federal habeas petition form and an application to proceed in forma pauperis.

DATED: September 21, 2005.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
gall1368.111

---

[1] The docket reflects that forms were sent to petitioner on September 16, 2005.

2