IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAMA JAY GALLON,

    Petitioner,                      No. CIV S-05-1368 DFL DAD P

    vs.

GEORGE GALAZA, Warden, et al.,

    Respondents.                  <u>ORDER</u>

_____/

        On September 22, 2005, the court granted petitioner's request for an extension of time to submit a federal habeas petition and an in forma pauperis application. Although petitioner has now submitted the required documents, an examination of petitioner's in forma pauperis application reveals that the certificate section of the form has not been completed. Petitioner will be granted a final extension of thirty days to file a properly completed in forma pauperis application.

        Petitioner's new filings reflect that George Galaza is the warden of the facility in which petitioner is now confined. Warden Galaza will be substituted for A.K. Scribner as the primary respondent in this case.

/////

/////

1

IT IS HEREBY ORDERED that:

1. Petitioner's October 13, 2005 application to proceed in forma pauperis is denied;

2. Petitioner is granted a final extension of thirty days from the date of this order to file a properly completed application to proceed in forma pauperis; and

3. The Clerk of the Court shall amend the docket to reflect that George Galaza has been substituted for respondent A.K. Scribner in this action.

DATED: October 22, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
gall1368.111f

2