1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RAMA JAY GALLON,

11              Petitioner,              No. CIV S-05-1368 DFL DAD P

12        vs.

13   GEORGE GALAZA, Warden, et al.,

14              Respondents.              ORDER

15   _____/

16              Petitioner has requested appointment of counsel.  There currently exists no

17   absolute right to appointment of counsel in federal habeas proceedings.  See Nevius v. Sumner,

18   105 F.3d 453, 460 (9th Cir. 1996).  Counsel may be appointed at any stage of such proceedings

19   "if the interests of justice so require."  18 U.S.C. § 3006A.  See also Rule 8(c), Fed. Rules

20   Governing § 2254 Cases.  In the present case, the court does not find that the interests of justice

21   require appointment of counsel at this time.  Accordingly, IT IS HEREBY ORDERED that

22   petitioner's November 7, 2005 motion for appointment of counsel is denied.

23   DATED: November 17, 2005.

24                              _____

25                              DALE A. DROZD
                                UNITED STATES MAGISTRATE JUDGE
26   DAD:13:bb
     gall1368.110