IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAMA JAY GALLON,

    Petitioner,               No. CIV S-05-1368 DFL DAD P

    vs.

GEORGE GALAZA, Warden, et al.,

    Respondents.           ORDER

_____/

        Petitioner has filed a second motion for appointment of counsel. Petitioner's previous motion, filed on November 7, 2005, was denied by order filed November 18, 2005. The court again finds that the interests of justice do not require appointment of counsel at the present time. Accordingly, IT IS HEREBY ORDERED that petitioner's December 7, 2005 motion for appointment of counsel is denied.

DATED: December 15, 2005.

                                            DALE A. DROZD
                                            UNITED STATES MAGISTRATE JUDGE

DAD:13:mp
gall1368.110s