IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAMA JAY GALLON,

    Petitioner,        No. CIV S-05-1368 DFL DAD P

    vs.

GEORGE GALAZA, Warden, et al.,

    Respondents.        <u>ORDER</u>

                                    /

        In findings and recommendations filed April 17, 2006, each party was granted twenty days to file objections, as well as ten days to file a reply to any objections filed by the other party. Petitioner, who has misinterpreted the order as requiring him to file objections in ten days, has requested an additional forty-five days to file objections. The court will grant petitioner an extension of time to June 14, 2006. On or before that date, petitioner must deliver copies of his objections to prison officials for mailing to the court and to respondents' counsel. No further extension of time will be granted for this purpose.

        Good cause appearing, IT IS ORDERED that:

        1. Petitioner's April 28, 2006 application for extension of time is granted;

        2. Petitioner shall file and serve his objections by delivering them to prison officials for mailing to the court and respondents' counsel on or before June 14, 2006; and

1

1    3. Respondents' reply, if any, to petitioner's objections shall be filed and served
2 within ten days after petitioner's objections are placed in the mail.
3 DATED: May 4, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
gall1368.111objs