IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAMA JAY GALLON,

    Petitioner,                    No. CIV S-05-1368 DFL DAD P

    vs.

GEORGE GALAZA, Warden, et al.,

    Respondents.                <u>ORDER</u>

_____/

        The parties were granted twenty days to file and serve objections to the findings and recommendations filed in this case on April 17, 2006. Petitioner immediately filed a motion for a lengthy extension of time. By order filed May 4, 2006, petitioner was ordered to deliver his objections to prison officials for mailing to the court and respondents' counsel on or before June 14, 2006. Petitioner was advised that "[n]o further extension of time will be granted for this purpose." On June 16, 2006, the court received petitioner's objections with an incomplete proof of service dated June 13, 2006. Despite the court's order foreclosing an extension of time beyond June 14, 2006, petitioner now seeks sixty days in which to file additional objections.

        Petitioner's time for filing objections closed on June 14, 2006. Petitioner's request, construed as a request to reopen the time for filing objections, fails to show good cause for further delaying the district judge's consideration of a motion filed by respondents more than

1  six months ago.  Petitioner has not cited any deficiency in the objections previously filed, has not
2  suggested any additional objections he would raise if granted the lengthy extension of time he
3  seeks, and has not described any circumstances that are unusual.  In the absence of a showing of
4  good cause to reopen the time for filing objections, petitioner's request will be denied.  The
5  findings and recommendations filed April 17, 2006, and the objections filed June 16, 2006, are
6  now submitted to the district judge for a ruling on respondents' motion to dismiss.

7  Petitioner's request for a copy of his objections is denied.  A party who wants a
8  copy of a document for his own records must make the copy before submitting the document to
9  the court for filing.  Copies of documents that have been filed may be obtained by purchasing
10 them through a copy service.  If petitioner wishes to purchase a copy of his objections, he may
11 obtain the address of a copy service from the Clerk of the Court.

12 IT IS ORDERED that:

13 1. Petitioner's June 16, 2006 request for a copy of his objections is denied; and

14 2. Petitioner's June 22, 2006 request for extension of time, construed as a request
15 to reopen the time for filing objections, is denied.

16 DATED: July 7, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

20 DAD:13
   gall1368.111den